**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 24-1363**

─────────

KEVIN AJENIFUJA,

         Plaintiff - Appellant,

    v.

EDWARD OWUSU, Principal; SHANNON GRIGSBY, Assistant Principal of Clarksville High School; MONTGOMERY COUNTY PUBLIC SCHOOLS,

         Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge.  (8:23-cv-01598-DKC)

─────────

Submitted:  October 8, 2024                    Decided:  November 7, 2024

─────────

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Kevin Ajenifuja, Appellant Pro Se.  Erin Jeanne Ashbarry, Kristen Joanne Nunley, OFFICE OF THE COUNTY ATTORNEY, Rockville, Maryland, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Ajenifuja appeals the district court's order granting Defendants' motion to dismiss Ajenifuja's 42 U.S.C. § 1983 action alleging Defendants violated his First and Fourteenth Amendment rights and Maryland constitutional and statutory law. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ajenifuja v. Owusu*, No. 8:23-cv-01598-DKC (D. Md. Mar. 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*